UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before **DONALD C. NUGENT** United States District Judge | DATE: January 13, 2020 CASE NO. 4:19 CR 384-1 COURT REPORTER: Donnalee Cotone SENTENCING |

UNITED STATES OF AMERICA

    -VS-

JOSEPH STIVER

APPEARANCES:    Plaintiff: Jason Katz, Esq.
                           Defendant: Edward Sapone, Esq.
                           Pretrial/Probation: Julie Piotrowski

PROCEEDINGS: The defendant is sentenced to Probation for a term of 4 years on Count One of the Information. The first twelve months shall be served on home detention with location monitoring. The defendant must report to the United States Pretrial and Probation Office within 72 hours. Forfeiture of $59,560.00 U.S. Currency to the United States is ordered. Special assessment is due in the total amount of $100.00.

                                                                s/ Steven L. Marshall
                                                                Courtroom Deputy

Length of Proceedings: <u>30 minutes</u>